USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINNETTA DYER SAUNDERS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-22 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 20, 2021, Plaintiff in this action filed a motion for attorneys' fees. Dkt 27. If the Defendant wishes to file an opposition to this motion, it shall do so no later than June 14, 2021. Should Defendant file an opposition, Plaintiff may file a reply no later than June 28, 2021.

SO ORDERED.

Dated:    May 25, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge